IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTA S. FOREST, | |
| Plaintiff, | Case No.: 1:24-cv-00355 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANTS |
|---|---|
| 6 | Caikeny |
| 10 | Midnight-Inc |
| 12 | Tontut Direct |
| 18 | Ralkin Shop |
| 20 | rainyRainy |
| 21 | LoveTaoTao |
| 36 | GodlyBible |
| 48 | BOLUOBAO |
| 49 | Basysin |
| 53 | LOVELY POD |
| 54 | Prospitti |
| 65 | CRFDYY |
| 69 | SHINMO |
| 75 | Marcel Yiaminss |
| 89 | Passdone Direct |
| 90 | Linkjay |
| 92 | DLZDN US |
| 96 | apasin |
| 104 | LazyFold Direct |

| | |
|---|---|
| 108 | chenjind168 |
| 109 | AISSO |
| 113 | syiboo |
| 127 | Gifts Everywhere |
| 129 | Mawazo 42 |
| 145 | Bextsrack Houseware |
| 147 | BigLeopard Shop |
| 148 | yingchuanjinshu |
| 158 | YUNHONG TOWLE |
| 159 | Ruifeng Industry and Trade |

DATED: March 8, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 8, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt